FILED

DEC 2 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON T. GROBMAN, F-91808, | No C 10-03785 CRB (PR) |
| Petitioner, | ORDER |
| v. | (Docket # 16) |
| BRENDA CASH, Acting Warden, | |
| Respondent. | |

Per order filed on November 14, 2011, the court denied petitioner's application for a writ of habeas corpus and a certificate of appealability. For essentially the same reasons, the court denies petitioner's request for leave to appeal in forma pauperis.

The clerk shall terminate the motion filed in docket item number 16.

SO ORDERED.

Dated: DEC 2 2 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.10\Grobman, J1.dny.ifp.app.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON TREVOR GROBMAN,<br><br>        Plaintiff,<br><br>v.<br><br>B M CASH et al,<br><br>        Defendant.<br>_____/ | Case Number: CV10-03785 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jon T. Grobman F-91808
California State Prison L.A.C.
Facility A, H.U. A3-205L
44750 60th Street West
P.O. Box 8457
Lancaster, CA 93539-8457

Dated: December 22, 2011

                                            Richard W. Wieking, Clerk

                                            *Tracy Lucero*

                                            By: Tracy Lucero, Deputy Clerk